■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRODY M. FOOS, Appellant. [964 NYS2d 55]—Appeal from a judgment of the Monroe County Court (Alex R. Renzi, J.), rendered March 13, 2009. The judgment convicted defendant, upon his plea of guilty, of burglary in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Centra, Carni and Sconiers, JJ.